UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| JANET WHITE, et al. | : | |
| | : | CIVIL #13-7219 (RBK) |
| Plaintiff(s), | : | |
| -vs- | : | **ORDER OF DISMISSAL** |
| RICHARD INGERSOLL, et al. ET AL. | : | |
| | : | |
| Defendant(s). | : | |

-------------------------------------------------------------------

It having been reported to the Court that the above-captioned action has been settled;

It is on this 21st   **Day of**   May  **20**<u>**14 ;**</u>

**ORDERED** that this action is hereby dismissed  without costs and without prejudice to the right, upon good cause shown, within 60 days, to reopen this action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over such agreement.

                                                                     s/Robert B. Kugler  
                                                                  HON. ROBERT B. KUGLER,  U.S.D.J.

cc:    Hon. Karen M. Williams, U.S. Magistrate Judge  
         All Counsel on Record  
         File