# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JANET WHITE,<br><br>               Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF PENNSYLVANIA, RICHARD INGERSOLL, and JASON PRESLEY<br><br>               Defendants. | CIVIL ACTION NO. 13-07219 |

## STIPULATION OF DISMISSAL

It is hereby STIPULATED and AGREED, by and between the parties, through their undersigned counsel, that all claims asserted by Plaintiff Janet White against Defendants the Trustees of the University of Pennsylvania, Richard Ingersoll, and Jason Presley in the above-captioned matter are withdrawn with prejudice. This matter is hereby dismissed.

Respectfully submitted,

_____
Michelle J. Douglass, Esquire
Douglass Kinniry Law, LLC
1601 Tilton Road, Suite 6
Northfield, NJ 08225

*Attorneys for Plaintiff Janet White*

Dated: 6-10-2014

_____
Daniel V. Johns, Esquire (admitted pro hac vice)
Erin K. Clarke, Esquire
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania 19103-7599
(215) 665-8500

*Attorneys for Defendants The Trustees of the University of Pennsylvania, Richard Ingersoll, and Jason Presley*

Dated: 6/10/2014